# NOTIFICATION OF LATE RECORD

Court of Appeals No. **04-15-00317-CV**

Trial Court Style: **AUSTIN HELMLE and HARRIET MARMON HELMLE, Plaintiffs**
**VS.**
**THOMAS A. LAURIN, individually,**
**THOMAS A. LAURIN COMPANIES,**
**ELEGANT COUNTRY HOMES, and**
**ELEGANT COUNTRY HOMES, INC.**
**Defendant**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/2/2015 3:04:31 PM
KEITH E. HOTTLE
Clerk

Trial Court No.:   **09-315CCL**

I am the official responsible for preparing the Clerk's Record and/or Supplement in the above referenced appeal.

The record is due on June 2, 2015. This record could contain approximately 500 to 600 pages.

I am unable to file the record by the above date because of a heavier than normal workload which is due to one Deputy Clerk being on maternity leave. I have a Jury Trial beginning on June 2, 2015. Additionally, I have not received notification of what to include in the record from the parties so that I can estimate the cost of the record. I anticipate having the record filed on or before July 3, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been mailed to the attorneys of record.

Date:    June 1, 2015

_Susan Jackson_
Susan Jackson
District Clerk, Kendall County, Texas

State of Texas       §
County of Kendall    §

Before me, the undersigned authority, on this day personally appeared Susan Jackson, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: _06-02-2015_          Signature: _Darlene Herrin_
                                        Darlene Herrin
                                        County Clerk, Kendall County, Texas